BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2748

FILED
SEP 09 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Microsoft Online Services, 1065 La Avenida Mountain View, CA, related to email account jeffe@hotmail.com | Case No. 2:09-SW-0013 GGH<br>[~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANT |

Upon consideration of the attached motion of the United States of America, by Assistant U.S. Attorney Russell L. Carlberg, it is hereby

**ORDERED**

1. That the search warrant and supporting affidavit in the above-entitled matter be immediately unsealed.

Date: 9/9/, 2011

DALE A. DROZD
United States Magistrate Judge

2